**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-2186**

─────────────

RICHARD A. PATTERSON,

                                        Plaintiff - Appellant,

        versus

THE CITY OF COLUMBIA, a municipality of the
State of South Carolina; J. P. SMITH; W. A.
EVANS; DEIDRE PRIESTER,

                                        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (CA-95-1522-3-23)

─────────────

Submitted:  April 16, 1998        Decided:  April 28, 1998

─────────────

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Richard A. Patterson, Appellant Pro Se.  Robert Gordon Cooper,
Columbia, South Carolina; Danny Calvert Crowe, TURNER, PADGET,
GRAHAM & LANEY, P.A., Columbia, South Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Patterson v. City of Columbia</u>, No. CA-95-1522-3-23 (D.S.C. Aug. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>